# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY PLACKO,<br><br>Plaintiff,<br><br>v.<br><br>FIRST HOSPITALITY GROUP, INC. d/b/a Hampton Inn Pittsburgh/Monroeville,<br><br>Defendant. | Civil Action No. 2:21-cv-0828 |

## JOINT STIPULATION OF DISMISSAL

**To the Clerk of the United States District Court for the Western District of Pennsylvania:**

As this matter has been settled by the parties, please mark the above-captioned case voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a), the parties to bear their own costs and attorneys' fees.

SO STIPULATED AND AGREED:

| ROTHMAN GORDON P.C. | BAKER & MCKENZIE, LLP |
|---|---|
| */s/ Samuel J. Cordes*<br>Samuel J. Cordes<br>Cristina S. Correnti<br>310 Grant Street, Third Floor<br>Pittsburgh, PA 15219<br>sjcordes@rothmangordon.com<br>cscorrenti@rothmangordon.com<br>Phone: (412) 338-1100<br><br>*Attorneys for Plaintiff, Kimberly Placko* | */s/ Douglas A. Darch*<br>Douglas A. Darch<br>William F. Dugan<br>Remy D. Snead<br>300 E. Randolph Street, Suite 5000<br>Chicago, IL 60605<br>Douglas.darch@bakermckenzie.com<br>William.dugan@bakermckenzie.com<br>Remy.snead@bakermckenzie.com<br>Phone: (312) 861-8000 |

METZ LEWIS BRODMAN MUST
O'KEEFE, LLC

Brian T. Must
535 Smithfield Street, Suite 800
Pittsburgh, PA 15222
bmust@metzlewis.com
Phone: (412) 918-1100

*Attorneys for Defendant,*
First Hospitality Group, Inc. d/b/a Hampton Inn Pittsburgh/Monroeville

AND NOW, this 7th day of December, 2021, IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE